**FILED**

**MAR 2 1 2006**

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| COREY BROWNLEE, | ) |
| Plaintiff, | ) |
| | ) 05 C 5469 |
| v. | ) |
| | ) Judge John W. Darrah |
| ERNEST BROWN, | ) |
| Defendant. | ) |

## RELEASE AND SETTLEMENT AGREEMENT

Plaintiff, Corey Brownlee, by his attorney, Joel F. Handler, and the City of Chicago, by its attorney, Mara S. Georges, Corporation Counsel of the City of Chicago, and defendant, Ernest Brown, by his attorney, Mary Sara McDonald, Assistant Corporation Counsel, herein stipulate and agree to the following:

1. This action has been brought by plaintiff, Corey Brownlee, against defendant, Ernest Brown, and makes certain allegations contained in plaintiff's complaint.

2. Defendant denies each and every allegation of wrongdoing as stated in plaintiff's complaint, and, further, denies liability.

3. The parties and their respective attorneys acknowledge that settlement of this claim is not an admission of liability, or of unconstitutional or illegal conduct by or on the part of any defendant and/or the City of Chicago and/or its future, current or former officers, agents and employees, and shall not serve as evidence or notice of any wrongdoing by or on the part of any defendant and/or the City of Chicago and/or its future, current or former officers, agents and employees. The parties and their respective attorneys further acknowledge that settlement is made to avoid the uncertainty of the outcome of litigation and the expense in time and money of further litigation and for the purpose of judicial economy. Plaintiff and his attorney agree that they or any firm with which said attorney is affiliated or with which said attorney may later become affiliated shall not use this settlement as notice of misconduct on the part of any defendant and/or the City of Chicago and/or its future, current or former officers, agents and

employees, or for any other purpose in any other litigation, and that any such use is inconsistent with the terms of this Release and Settlement Agreement.

4. In consideration of this settlement entered pursuant to this Release and Settlement Agreement, and upon advice of counsel, plaintiff, Corey Brownlee, agrees to dismiss with prejudice all of his claims against defendant, Ernest Brown, with each side bearing its own costs and attorneys' fees.

5. Plaintiff, Corey Brownlee, hereby accepts a settlement from the City of Chicago, in the total amount of THIRTY SIX THOUSAND DOLLARS AND NO/100 ($36,000.00) DOLLARS, with each side bearing its own costs and attorneys' fees.

6. The City of Chicago agrees to pay plaintiff the total settlement amount within sixty (60) days after receipt by the Corporation Counsel's Office of a file-stamped copy of the Agreed Order of Dismissal. This sum shall be payable solely by the City of Chicago, and plaintiff and/or his attorney agree that they will not seek payment from any source other than the City of Chicago. The settlement check will be made payable to plaintiff, his attorney, and lien claimants, if any, of which the City has notice.

7. In consideration of this settlement entered pursuant to this Release and Settlement Agreement, and upon advice of counsel, plaintiff agrees to indemnify and hold harmless the City of Chicago, and its future, current or former officers, agents and employees including, but not limited to, defendant, Ernest Brown, from any claims, losses, damages or expenses, including attorneys' fees and costs, incurred, or which may be incurred, by reason of any lien or any other claim or interest held by any person, entity or corporation against any moneys received or to be received by plaintiff under the settlement entered pursuant to this Release and Settlement Agreement.

8. Plaintiff, upon advice of counsel, understands and agrees that in consideration of the settlement entered pursuant to this Release and Settlement Agreement, plaintiff does hereby release and forever discharge on behalf of himself and his heirs, executors, administrators and

assigns, all claims he had or has against defendant, Ernest Brown, and the City of Chicago, and its future, current, or former officers, agents and employees, including but not limited to all claims he had, has or may have in the future, under local, state, or federal law, arising either directly or indirectly out of the incident which was the basis for this litigation, and that such release and discharge also is applicable to any and all unnamed and/or unserved defendants.

9. This Release and Settlement Agreement and any documents that may be executed under paragraph 12 herein contain the entire agreement between the parties with regard to the settlement of this action, and shall be binding upon and inure to the benefit of the parties hereto, jointly and severally, and the heirs, executors, administrators, personal representatives, successors, and assigns of each.

10. This Release and Settlement Agreement is entered into in the State of Illinois and shall be construed and interpreted in accordance with its laws. Terms contained herein shall not be construed against a party merely because that party is or was the principal drafter.

11. In entering into this Release and Settlement Agreement, plaintiff represents that he has relied upon the advice of his attorney, who is the attorney of his own choice, and that the terms of this Release and Settlement Agreement have been interpreted, completely read and explained to him by his attorney, and that those terms are fully understood and voluntarily accepted by plaintiff. Plaintiff also represents and warrants that no other person or entity has or has had any interest in the claims or causes of action referred to herein, that he and his attorney have the sole right and exclusive authority to execute this Release and Settlement Agreement and receive the sums specified herein, and that they have not sold, assigned, transferred, conveyed, or otherwise disposed of any of the claims or causes of action referred to herein.

12. All parties agree to cooperate fully and to execute a Stipulation to Dismiss and any and all supplementary documents and to take all additional actions which are consistent with and which may be necessary or appropriate to give full force and effect to the basic terms and

3

intent of this Release and Settlement Agreement.

                                                           City of Chicago
                                                           a Municipal Corporation

_____
Corey Brownlee, plaintiff

                                                           Mara S. Georges
                                                           Corporation Counsel
Address: _____                                   Attorney for City of Chicago

                                           BY: _____
Date of birth:_____                                Jeffrey N. Given
                                                     Chief Assistant Corporation Counsel
*SSN:_____                                         30 North LaSalle Street
                                                     Suite 900
_____                     Chicago, Illinois 60602
Joel F. Hanthler                                     (312) 744-9210
Attorney for plaintiff,                              Attorney No. 06184989
Corey Brownlee
55 West Wacker Dr.                                   DATE: 16 March 06
Chicago, Illinois 60601
(312) 621-0008                                       _____
Attorney No. 1115812                                 Mary McDonald
                                                     Assistant Corporation Counsel
DATE: 3/13/06                                        Attorney for defendant,
                                                     Ernest Brown
                                                     30 North LaSalle Street
                                                     Suite 1400
                                                     Chicago, Illinois 60602
                                                     (312) 744-8307
*Providing SSN is voluntary                          Attorney No. 06199995

                                                           DATE: 3/16/06